UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mike and Nancy Visman, <br><br>  Plaintiff, <br><br> v. <br><br> FCA US, LLC, <br><br>  Defendant. | Case No.  2:23-cv-01346-KJM-DB <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED against defendant FCA US LLC in the amount of $124,709.92 pursuant to the Notice of Acceptance with Offer of Judgment (document #14) filed 12/14/2023.

February 27, 2024                                            KEITH HOLLAND, CLERK

                                                             By: /s/  J. Donati, Deputy Clerk