# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE VISMAN and NANCY VISMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; THOMPSONS OF PLACERVILLE; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:23-cv-01346-KJM-DB<br><br>District Judge: Hon. Kimberly J. Mueller<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs MIKE VISMAN and NANCY VISMAN and defendant FCA US, LLC have agreed FCA US, LLC will pay $14,500.00 to resolve plaintiffs' attorneys' fees, costs, and expenses. The parties filed a stipulation regarding this agreement on February 6, 2024. *See* ECF No. 15. On February 27, 2024, judgment was entered against defendant in the amount of $124,709.92 pursuant to the parties' notice of acceptance with offer of judgment. *See* ECF No. 16.

Accordingly, in accordance with Local Rules 292 and 293, and the parties' joint stipulation, *see* ECF No. 15, the court hereby enters an ORDER for defendant to pay plaintiffs $14,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for plaintiffs by April 1, 2024.

**IT IS SO ORDERED.**

DATED: March 1, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE